IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DON WILLIS, SR., | § | |
| TDCJ-CID NO.527954, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-06-3975 |
| NATHANIEL QUARTERMAN, *et al.*, | § | |
| Defendants. | § | |
| | | |
| DON WILLIS, SR., | § | |
| TDCJ-CID NO.527954, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-07-33 |
| | § | |
| CAPTAIN BARNETTE, *et al.*, | § | |
| Defendants. | § | |

ORDER TO CONSOLIDATE

Plaintiff's allegations in Civil Action No.4:07cv33 are duplicative of the allegations in Civil Action No.4:06cv3975. Accordingly, it is ORDERED that the most recently filed case, Civil Action No.4:07cv33 is CONSOLIDATED into the earliest filed action, Civil Action No.4:06cv3975, and that the case is assigned to the undersigned Judge. FED. R. CIV. P. 42(a), and Rule 7.6, Local Rules for the United States District Court for the Southern District of Texas.

The Clerk shall enter this order on each docket sheet and place a copy thereof in each of these consolidated actions. All further pleadings shall be filed under Civil Action No.4:06cv3975. It is further ORDERED that Civil Action No.4:07cv33 shall be administratively closed.

The Clerk shall send a copy of this order to the plaintiff.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this 14th day of February, 2007.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE